IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

vs.          Case No. 3:13-cr-046

**WESLEY POPE**     JUDGE WALTER HERBERT RICE

   Defendant.

---

**PRELIMINARY PRETRIAL ORDER; TRIAL DATE AND OTHER DATES SET**

---

| | |
|---|---|
| Date of Preliminary Pretrial Conference | 4/9/2013 |
| Jury Trial Date | 6/3/2013 |
| Final Pretrial Conference (by telephone) | **Tuesday, 5/28/2013** at 5:00 pm |
| Motion Filing Deadline<br> Oral and Evidentiary Motions | 5/1/2013 |
|  Other Motions | 5/8/2013 |
| Discovery Cut-off | 5/15/2013 |
| Speedy Trial Deadline | 6/5/2013 |
| Further Status Conference | ------ |

April 9, 2013          /s/ Walter Herbert Rice
                WALTER HERBERT RICE
                UNITED STATES DISTRICT JUDGE

Copies mailed to:
United States Attorney

Counsel of Record
United States Marshal
United States Pretrial Services
United States Probation Department

WHR:jdf