# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:13cr00046 |
| vs. | : | District Judge Walter Herbert Rice |
| | | Chief Magistrate Judge Sharon L. Ovington |
| WESLEY POPE, | : | |
| Defendant. | : | |

## ORDER

This matter came before the Court for hearing on June 3, 2103 before Chief Magistrate Judge Sharon L. Ovington, who thereafter issued a Report and Recommendations. (Doc. #29). Having conducted a full colloquy with Defendant Wesley Pope, the Chief Magistrate Judge concluded that Defendant's plea of guilty is knowing, intelligent, and voluntary, and that there is an adequate factual basis for a finding of guilty.

The Court, noting that no Objections to the Report and Recommendations have been filed and that the time for filing Objections has expired, hereby ADOPTS in full said Report and Recommendations.

Therefore, based on the aforesaid, and this Court's de novo review of the record and the comprehensive findings by the United States Magistrate Judge, this Court adopts the findings and recommendations of the United State Magistrate Judge, and finds that the

Defendant Wesley Pope guilty plea was knowing, voluntary, and intelligent. Defendant is

FOUND guilty of the offense to which he pled – specifically, Count Two of the Indictment,

Possession of a Firearm in Furtherance of a Drug Trafficking Crime in violation of 18

U.S.C. §924(c).

Walter Herbert Rice
United States District Judge